UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81534-RAR

**LEONARD B. MITCHELL**,

    Plaintiff,

v.

**THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA**,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMENDATION GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report") [ECF No. 64], entered on March 25, 2021. The Report recommends that the Court grant Defendant's Motion for Summary Judgment [ECF No. 43]. *See* Report at 2. The Report properly notified the parties of their right to object to Magistrate Judge Reinhart's findings and the consequences for failing to object. *Id.* at 45. The time for objections has passed and neither party filed any objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Reinhart's findings. Rather, the Court reviewed the Report for clear error. Finding none, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) The Report [ECF No. 64] is **AFFIRMED AND ADOPTED**.

2) Defendant's Motion for Summary Judgment [ECF No. 43] is **GRANTED**. A judgment shall be entered in accordance with the foregoing by separate order.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 12th day of April, 2021.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record
    Magistrate Judge Bruce E. Reinhart